FILIPPATOS PLLC
Parisis G. Filippatos (PF1593)
303 Park Avenue South, Suite 1422
New York, New York 10010
(212) 682-2400
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JOHN L. PETEREC-TOLINO,                       08-CV-0891 (SCR) (MDF)

                                Plaintiff,
       against -

COMMERCIAL ELECTIRCAL CONTRACTORS, INC.,   **CERTIFICATE OF SERVICE**
CIRO LUPO, STEVEN LONDON, ARTHUR LOWETH,
and EDWARD HARAP,

                                Defendants.
---------------------------------------------------------------------X

      PARISIS G. FILIPPATOS, a member in good standing of the Bar of the State of New York, hereby certifies the following under penalties of perjury and pursuant to 28 U.S.C §1746:

1. I am not a party to the within action, John L. Peterec-Tolino v. Commercial Electrical Contractors, Inc., et al., 08-CV-0891 (SCR) (MDF). I am over 18 years of age and reside in Bronx, New York.

2. That on August 9, 2008, I served, by commercial courier service, the within documents, namely; (a) **Notice of Appearance**, dated August 8, 2008; (b) **Defendants' Rule 7.1 Statement**, dated August 8, 2008; (c) **Notice of Motion to Dismiss**, dated August 8, 2008; and (d) **Memorandum of Law in Support of Motion to Dismiss**, dated August 8, 2008, upon:

John L. Peterec-Tolino
14 Straight Path
Rock Hill, NY 12775
*Plaintiff Pro Se,*

which is the address and addressee designated for such purposes, by causing said papers to be enclosed in a properly addressed, postpaid wrapper and deposited into an official repository of Federal Express, Inc.

_____
Parisis G. Filippatos (PF1593)