FILIPPATOS PLLC
Parisis G. Filippatos (PF1593)
303 Park Avenue South, Suite 1422
New York, New York 10010
(212) 682-2400
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN L. PETEREC-TOLINO,                         08-CV-0891 (SCR) (MDF)

                Plaintiff,

                                      **NOTICE OF APPEARANCE**

  - against -

COMMERCIAL ELECTIRCAL CONTRACTORS, INC.,
CIRO LUPO, STEVEN LONDON, ARTHUR LOWETH,
and EDWARD HARAP,

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Filippatos PLLC hereby appears in the above-entitled action on behalf of all defendants named above, that we have been retained as attorneys for said defendants herein, and that we hereby require service upon us of a copy of all subsequent written communications or notices to said parties in this action.

Dated: New York, New York
       August 8, 2008

                                                        Parisis G. Filippatos (PF1593)
                                                        Filippatos PLLC
                                                       303 Park Avenue South, Suite 1422
                                                       New York, New York 10010
                                                       (212) 682-2400
                                                        *Attorneys for Defendants*

To:   John L. Peterec-Tolino
       14 Straight Path
       Rock Hill, NY 12775
       *Plaintiff Pro Se*