FILIPPATOS PLLC
Parisis G. Filippatos (PF1593)
303 Park Avenue South, Suite 1422
New York, New York 10010
(212) 682-2400
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN L. PETEREC-TOLINO,                            08-CV-0891 (SCR) (MDF)

                         Plaintiff,

                                                                                      **DEFENDANTS'**
- against -                                       **RULE 7.1 STATEMENT**

COMMERCIAL ELECTIRCAL CONTRACTORS, INC.,
CIRO LUPO, STEVEN LONDON, ARTHUR LOWETH,
and EDWARD HARAP,

                         Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned, as attorneys of record for all defendants herein, do hereby certify that Commercial Electrical Contractors of New York ("CECNY") is the parent company and alter ego of the company sued herein and that there are no publicly held corporations that own 10% or more of CECNY's stock.

Dated: New York, New York
         August 8, 2008

                                                      _____
                                                      Parisis G. Filippatos (PF1593)
                                                      Filippatos PLLC
                                                      303 Park Avenue South, Suite 1422
                                                      New York, New York 10010
                                                      (212) 682-2400
                                                      *Attorneys for Defendants*

2

To:  John L. Peterec-Tolino
     14 Straight Path
     Rock Hill, NY 12775
     *Plaintiff Pro Se*