EXHIBIT
C

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: ☐ FEPA  ☑ EEOC

CHARGE NUMBER: 520-2007-02260

City of N.Y. Div of Human Rights, N.Y. State Div of Human Rights and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): John L. Peterec-Tolino
**HOME TELEPHONE** (Include Area Code): (845) 794-7466
**STREET ADDRESS**: 14 Straight Path
**CITY, STATE AND ZIP CODE**: Rock Hill, N.Y. 12775
**DATE OF BIRTH**: 2-17-60

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Commercial Electrical Contractors I.
**NUMBER OF EMPLOYEES, MEMBERS**: ≈ 80
**TELEPHONE** (Include Area Code): (718) 784-3500
**STREET ADDRESS**: 10-28 47th Ave.
**CITY, STATE AND ZIP CODE**: Long Island City, N.Y. 11101
**COUNTY**: Queens

**NAME**: Laurelton Electric
**TELEPHONE NUMBER** (Include Area Code): (718) 525-8200
**STREET ADDRESS**: 230-04 South Conduit Ave.
**CITY, STATE AND ZIP CODE**: Springfield Gardens, N.Y. 11413
**COUNTY**: Queens

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☑ AGE  ☑ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 7-5-06
LATEST: 7-7-06
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

Federal E.E.O.C., N.Y. State Human Rights Law, City of N.Y. Human Rights Law → Commercial Electrical Contractors Inc. — Laurelton Electric — Edward Harap (Foreman) — Arthur Loweth (superintendent) — [illegible] Lapp (owner) — Steven London (owner)

— My doctors diagnosed me as having the pre-existing conditions of both asthma and scoliosis. →

[STAMP: EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, NEW YORK DISTRICT OFFICE, ENFORCEMENT UNIT - E3, APR X 2 2007, DATE RECEIVED]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT: John L. Peterec-Tolino

Date: 3-29-07   Charging Party (Signature): John L. Peterec-Tolino

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year): 03/29/2007

LOUISE F. LOTHROP
NOTARY PUBLIC, State Of New York
No. 01LO6052205
Qualified in Sullivan County
Commission Expires December 11, 20__

EEOC FORM 5 (REV. 3/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
☐ FEPA
☑ EEOC

Agency(ies) Charge No(s):

N.Y. City Division of Human Rights, N.Y. State Human Rights and EEOC
State or local Agency, if any

**THE PARTICULARS ARE** (Continued from previous page):

I informed the company. I have never been terminated, disciplined or ridiculed due to my needing a reasonable accommodation. I was assigned to work for Commercial Electrical Contractors Inc. at the Dalton school of music. I began Monday at this jobsite, July 3rd 2006 and was fired on Friday July 7th 2006. July 4th was a holiday, so I worked at this jobsite for Commercial only 3½ days. Previous to this I worked for this company at other jobsites beginning May 17 2006. I was terminated for the specific reason of my disabilities and my age in relation to my disabilities. It was stated that I DID NOT BELONG IN THE INDUSTRY. — The problem was that I requested an accommodation of making various trips to carry materials, etc. — Thus, to alleviate my back/spinal conditions and asthmatic condition. Also I requested assistance in carrying a very long extension ladder and I was denied this and forced to carry it myself up + down 3 flights of stairs, I was fired upon my need to go to the hospital with injuries, etc.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State or Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

*John L. Peterse-Tolins*

3-29-07
Date

*John L. Peter-Tolins*
Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*John L. Peterse-Tolins*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
*Louise Lothrop* 03/29/2007

LOUISE T. LOTHROP
NOTARY PUBLIC, State Of New York
No. 01LO6092205
Qualified In Sullivan County
Commission Expires December 11, 20__

40