# ≡ FILIPPATOS PLLC

PARISIS G. FILIPPATOS

303 PARK AVENUE SOUTH, SUITE 1422
NEW YORK, NY 10010
www.filippatoslaw.com

TEL 212-682-2400
FAX 212-682-0091

*MEMO ENDORSED*

August 9, 2008

**VIA FEDERAL EXPRESS COURIER**
The Honorable Stephen C. Robinson
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Main Floor
White Plains, NY 10601

RECEIVED
AUG 13 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

Re:     John L. Peterec-Tolino v. Commercial Electrical Contractors, Inc., et al.,
         08-CV-0891 (SCR) (MDF)

Dear Judge Robinson:

        I have been retained to represent all defendants in the above-referenced action and enclose courtesy copies of the following recently filed and served documents: (a) Notice of Appearance, dated August 8, 2008; (b) Defendants' Rule 7.1 Statement, dated August 8, 2008; (c) Notice of Motion to Dismiss, dated August 8, 2008; (d) Memorandum of Law in Support of Motion to Dismiss, dated August 8, 2008; and (e) Certificate of Service, dated August 8, 2008.

        Pursuant to Your Honour's Individual Rules, I respectfully <u>request that a briefing schedule be set by the Court regarding defendants' motion to dismiss</u> and that no oral argument be required.

Respectfully submitted,

*The parties either need to agree on a briefing schedule and submit the proposed schedule to the court or write the court to schedule a conference on this matter*

Parisis G. Filippatos

cc:     John L. Peterec-Tolino (via federal express courier)

**SO ORDERED**

Stephen C. Robinson

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
8/21/08

Employment Law and Litigation