# MEMO ENDORSED

8-21-08

<u>Honorable</u>: Mark D. Fox
U.S. Magistrate Judge
U.S. District Court
Southern District of N.Y.
300 Quarropas Street, Main Floor
White Plains, N.Y. 10601

RECEIVED
USDC-WP-SDNY

Re: John L. Peterec-Tolino v Commercial
Electrical Contractors, et al, 08-CV-0891
(SCR)(MDF)

Dear Magistrate Judge Fox:

I am the plaintiff in the above case. I respectfully request an extension of time to answer motions returnable to you of ninety (90) days if possible. Please see copy of letter sent to opposing attorney and her will get

①

Deemed letter motion. Motion granted. Plaintiff's opposition is due to be served + filed no later than December 1, 2008. Defendants' reply shall be due to be served + filed 3 weeks thereafter.

SO ORDERED
USMJ
9/1/08

a copy of this. Also, please see letter dated 8-18-08 I sent to judge Robinson. I must have my copy of any motion re-sent by opposing attorney as initial sent one got rain soaked and severly damaged as it was left in a soaked drive way. I've already respectfully requested opposing council. If he fails the re-sent me an exact copy un-

②

damaged so-as I can properly respond, then I have no choice but to ask both you and the court to dismiss his motion. I also ask respectfully that this be enforced as I still haven't recieved it. Thank you for your influence on this and for your consideration granting me an exten- sion of time.

Sincerly yours,
John L. Peters-Toliho
John L. Peters-Toliho
14 Straight Path
Rock Hill, NY 12775

C.C. Filippator PLLC
303 Park Ave. South
NY NY 10010
Suite 1422

③

Filippatos  PLLC                                    8-21-08
 303  Park  Avenue  South,  Suite 1422
      New York,  N.Y.  10010

  Re:  John  L.  Peteres—Tolino  v  Commercial
       Electrical Contractors,  Inc;  et  al,
       08—CV—0891 ( SCR) (MDF)

Dear  Parisis  G.  Filippatos,
          Thank you  for  your  correspondence
stating  of  our  magistrate  judge,
Honorable  Mark  D.  Fox.  I  am
hereby  requesting  of  both  yourself and
Honorable  judge  Mark  D  Fox  for
an  extension  of  time  in
which  to  answer  your  motion
of  which  I'm  still  waiting
for  the  second  sending  due

①

to the first sent as I've already stated on 8-18, that it got rain soaked and thus damaged considerably, I'm respectfully asking for a ninety (90) day extension time limit. Thank you for your consideration and for sending me whatever motion you've sent to me returnable to judge Mark D Fox so as I can reply. This is, respectfully, your second notice.

C.C. Judge Fox & Judge Robinson    ②

Sincerely,
John L. Peters-Toh
John L. Peters-Toh
14 Straight Path
Rock Hill N.Y. 12775