# MEMO ENDORSED

8-21-08

Honorable: Mark D. Fox
U.S. Magistrate Judge
U.S. District Court
Southern District of N.Y.
300 Quarropas street, main floor
White Plains, N.Y. 10601

Re: John L. Peterec-Tolino v Commercial
Electrical contractors, et al, 08-CV-0891
(SCR)(MDF)

Dear Magistrate Judge Fox:

I am the plaintiff in the above case. I respectfully request an extension of time to answer motions returnable to you of ninety (90) days if possible. Please see copy of letter sent to opposing attorney and her will get

① 

Deemed letter motion. Motion granted. Plaintiff's opposition is due to Defendants' be served + filed no later than December 1, 2008. Defendants' reply shall be due to be served + filed 3 weeks thereafter.

SO ORDERED

USMJ
9/1/08

a copy of this. Also, please see letter dated 8-18-08 I sent to judge Robinson. I must have my copy of any motion re-sent by opposing attorney as initial sent one got rain soaked and severly damaged as it was left in a soaked drive way. I've already respectfully requested opposing council. If he _fails_ the re-sent me an exact copy un-

②

damaged so-as I can properly respond, then I have no choice but to ask both you and the court to dismiss his motion. I also ask respectfully that this be enforced as I still haven't recieved it. Thank you for your influence on this and for your consideration granting me an exten- sion of time.

C.C. Filippatos PLLC
303 Park Ave. South
NY NY 10010
Suite 1422

③

Sincerly yours,
John L. Peters-Toliho
14 Straight Path
Rock Hill, NY 12775

Filippatos PLLC                                    8-21-08

303 Park Avenue South, Suit 1422
    New York, N.Y. 10010


Re: John L. Peteree —Tolino v Commercial
    Electrical Contractors, Inc; et al,
    08—CV—0891 (SCR) (MDF)


Dear Parisis G. Filippatos,

        Thank you for your correspondence
stating of our magistrate judge,
Honorable Mark D. Fox. I am
hereby requesting of both yourself and
Honorable judge Mark D Fox for
an extension of time in
which to answer your motion
of which I'm still waiting
for the second sending due

(1)

to the first sent as I've already stated on 8-18, that it got rain soaked and thus damaged considerably, I'm respectfully asking for a ninety (90) day extension time limit. Thank you for your consideration and for sending me whatever motion you've sent to me returnable to judge Mark D Fox so as I can reply. This is, respectfully, your second notice.

C.C. Judge Fox
& Judge Robinson    ②

Sincerely,
John L. Peters-Toh
John L. Peters-Toh
14 Straight Path
Rock AW AN 12775